Stuart M. Price (SBN 150439)
Price Law Group, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: stuart@pricelawgroup.com
Attorneys for Plaintiff,
Anthony Gerard Carr

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anthony Gerard Carr,<br><br>         Plaintiff,<br><br>vs.<br><br>Comenity Bank, et al.,<br><br>         Defendants. | Case No.: 2:16-cv-03713-TJH-AGR<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Anthony Gerard Carr, and Defendants, Comenity Bank, HSNI, LLC and Hunter Warfield, Inc., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next thirty (30) days. The parties request that the Court vacate all pending deadlines in this matter. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

- 1 -

NOTICE OF SETTLEMENT

1     DATED this 21st day of September, 2016

**PRICE LAW GROUP, APC**

By: /s/ Stuart M. Price_____
Stuart M. Price (SBN150439)
stuart@pricelawgroup.com
Attorneys for Plaintiff
Anthony Gerard Carr

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Florence Lirato